# FILED

04/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0111

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 23-0111

IN THE MATTER OF THE ESTATE OF:                )
                                                )
JANET LEORA RONAN:                              )
                                                )
              Deceased.                         )
                                                )
Appellants Marilyn D. Long and Dean Ronan,      )
                        v.                      )
Appellee Estate of Thomas Ronan.                )

On appeal from the District Court of the Montana Thirteenth Judicial District Court, Yellowstone County before the Honorable Rod Souza, presiding, in the District Court Cause No. DP 18-0082

## ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION TO FILE OPENING BRIEF

1

Upon Motion of the Cross Petitioners, Co-Personal Representatives, and Appellants through counsel, and this Court Finding that this is the first requested extension and for further good cause as stated in the Appellants' Motion, Pursuant to Rule 26(1) M.R.App.P.:

IT IS HEREBY ORDERED that Cross Petitioners, Co-Personal Representatives and Appellants' are granted an extension, and shall have until April 28, 2023 to file the Appellants' Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 11 2023